# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| COUNTY OF WASHINGTON, PENNSYLVANIA, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | Civil Action No. 11-1405 |
| v. | ) ) ) | Judge Cathy Bissoon<br>Magistrate Judge Cynthia Reed Eddy |
| U.S. BANK NATIONAL ASSOCIATION, | ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM ORDER**

On November 3, 2011, this case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On August 17, 2012, the Magistrate Judge issued a Report (Doc. 39) recommending that Plaintiff's Motion to Remand (Doc. 9) be granted, and that this case be remanded to the Court of Common Pleas of Washington County, Pennsylvania.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, it is hereby ORDERED that Plaintiff's Motion to Remand (**Doc. 9**) is **GRANTED**, and this case is **REMANDED FORTHWITH** to the Court of Common Pleas of Washington County, Pennsylvania.

The Report and Recommendation of Magistrate Judge Eddy dated August 17, 2012 is hereby adopted as the opinion of the District Court.

September 5, 2012

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record